**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FRAN JOSE MARIN BARRIOS,

      Petitioner,

v.

DAVID O'NEILL, et al.

      Respondents.

CIVIL ACTION
NO. 25-6379

## ORDER

**AND NOW**, this 26th day of March 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 9), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.